# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES C. SIMMONS

NO. 2020 KW 0401

**JUNE 19, 2020**

---

In Re:    James C. Simmons, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          281,702.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED** for the sole purpose of transferring the writ application to the district court for a ruling on relator's motion to correct an illegal sentence. The original of the writ application will be forwarded to the district court's clerk of court.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.